IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD K. FRAME<br>Plaintiff | § § § § | |
| v. | § § | Civil Action No: |
| BOSTON MARKET<br>CORPORATION and SYSTEM<br>CAPITAL REAL PROPERTY<br>CORPORATION<br>Defendants | § § § § § | Complaint for Accommodation<br>Discrimination Under the A.D.A.<br>JURY TRIAL<br>4-06CV-721-Y |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff files this Certificate of Interested Persons as required by Northern District Local Rule 3.1. The following persons have an interest in the outcome of this litigation:

Richard Frame

Boston Market Corporation

System Capital Real Property Corporation

After the trial of this matter, Palmer D. Bailey.

Respectfully submitted October 10, 2006 by,

_____
**Mr. Palmer D. Bailey**
Bar Card No. 01533400
Law Office of Palmer Bailey, *A Professional Corporation*
14221 Dallas Parkway, 14th Floor
Dallas, TX 75254
Tel. 214.540.8020
Fax. 214.540.7401
**Attorney for Plaintiff**