IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD K. FRAME | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 4-06CV-721-Y |
| | § | |
| BOSTON MARKET | § | |
| CORPORATION and SYSTEM | § | |
| CAPITAL REAL PROPERTY | § | |
| CORPORATION | § | |
|     Defendants | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants, BOSTON MARKET CORPORATION and SYSTEM CAPITAL REAL

PROPERTY CORPORATION, by and through their undersigned attorneys, files this Certificate

of Interested Persons as required by Northern District of Texas Local 7.4. The following persons

have an interest in the outcome of this litigation:

Richard K. Frame

Boston Market Corporation

System Capital Real Property Corporation

McDonald's Corporation

Century Life of America, Inc.

Palmer D. Bailey

Tom Loffredo

Law firm of Holland & Knight, LLP

Jamshyd ("Jim") M. Zadeh

Law office of Jim Zadeh, PC

_____

**Dated this 4th day of December, 2006.**

Respectfully submitted,

S/ Jamshyd (Jim) M. Zadeh_____
Jamshyd (Jim) M. Zadeh
Bar No. 22239000
Law Office of Jim Zadeh, P.C.
115 West Second Street, Suite 201
Forth Worth, Texas 76102
Telephone No: (817)-335-5100
Fax No: (817)-335-3974
Email: jim@zadehfirm.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic service and a copy was sent via U.S. Mail to:   Palmer D. Bailey, Esq., 14221 Dallas Parkway, 14th Floor, Dallas, Texas 75254 on this 4th day of December, 2006.

S/ Jamshyd (Jim) M. Zadeh_____
Jamshyd (Jim) M. Zadeh

_____